# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TANYA A. MANNING,

           Respondent

           v.

SETH J. MANNING,

           Petitioner

:  No. 137 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.